UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-81152-CV-HURLEY/HOPKINS

FDB II ASSOCIATES, LP,

    Plaintiff,

v.

MOORE & VAN ALLEN, PLLC,

    Defendant.

_____/

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice of All Claims [ECF No. 87]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed upon "a stipulation of dismissal signed by all parties who have appeared." Because the parties have filed such a stipulation, it is hereby

**ORDERED** and **ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs except as otherwise agreed by the parties.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk is directed to mark this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of December, 2014.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*